UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, Plaintiff, | : : : : : : : : | Case No. 1:18-cv-237<br><br>Judge Timothy S. Black<br><br>Magistrate Judge Karen L. Litkovitz |
| vs. | | |
| JUSTIN YOUNG, *et al.*, Defendants. | | |

## DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 5) AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on April 16, 2018, submitted a Report and Recommendation. (Doc. 5). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 5) is **ADOPTED**;
2. This case is **REMANDED** to the state court from which it was removed;
3. The parties shall bear their own costs and fees;

4. Pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith. Accordingly, Mr. Young is denied leave to appeal *in forma pauperis*. Mr. Young remains free to apply to proceed *in forma pauperis* in the Court of Appeals; and

5. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 5/3/18

Timothy S. Black
United States District Judge